**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-11202**
_____

| | |
|---|---|
| **MERCHANTS FAST MOTOR LINES INC** | **PLAINTIFF-COUNTER DEFENDANT APPELLANT-CROSS-APPELLEE** |
| **versus** | |
| **UNION OF TRANSPORTATION EMPLOYEES** | **DEFENDANT-COUNTER CLAIMANT-APPELLEE-CROSS-APPELLANT** |

_____

| | |
|---|---|
| **UNION OF TRANSPORTATION EMPLOYEES** | **PLAINTIFF-APPELLEE-CROSS-APPELLANT** |
| **versus** | |
| **MERCHANTS FAST MOTOR LINES INC** | **DEFENDANT-APPELLANT-CROSS-APPELLEE** |

_____

**Appeal from the United States District Court
for the Northern District of Texas, Abilene
(1:96-CV-89-C and 1:96-CV-161-C)**

_____

September 8, 1997

Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

**AFFIRMED** for the reasons stated by United States District Court, including Lonnie Springs submitting to, and passing, the required Department of Transportation testing prior to resuming his

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

safety-sensitive duties.